**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA, FAYETTEVILLE DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | McGeachy Holding LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-0503636 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

923 Louise Circle
Fayetteville, NC 28314
Number, Street, City, State & ZIP Code

Cumberland
County

**Mailing address, if different from principal place of business**

NC
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    McGeachy Holding LLC                                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor ___McGeachy Holding LLC_____      Case number (*if known*) _____
          Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

   Contact name _____

   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    McGeachy Holding LLC      Case number (*if known*) _____
     Name

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 1, 2026
     MM / DD / YYYY

**X** /s/   Donovan McGeachy           Donovan McGeachy
Signature of authorized representative of debtor      Printed name

Title    President and CEO

---

**18. Signature of attorney**

**X** /s/ Laurie B. Biggs          Date    May 1, 2026
Signature of attorney for debtor      MM / DD / YYYY

Laurie B. Biggs 31845
Printed name

Biggs Law Firm PLLC
Firm name

9208 Falls of Neuse Road Suite 120
Raleigh, NC 27615
Number, Street, City, State & ZIP Code

Contact phone    (919) 375-8040      Email address    lbiggs@biggslawnc.com

31845 NC
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name ___McGeachy Holding LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NORTH CAROLINA, FAYETTEVILLE DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 1, 2026___      **X** /s/   Donovan McGeachy
_____
Signature of individual signing on behalf of debtor

Donovan McGeachy
_____
Printed name

President and CEO
_____
Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | McGeachy Holding LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA, FAYETTEVILLE DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Bank of America Attn: Officer, Mgr. or Agent PO Box 673033 Dallas, TX 75267 | | | | | | $10,000.00 |
| Chase Card Services Attn: Office, Mgr. or Agent PO Box 9013 Addison, TX 75001 | | | | | | $30,000.00 |
| City of Fayetteville Tax Collector c/o Cumberland Co. Tax Collector Attn: Officer, Mgr. or Agent P.O. Box 449 Fayetteville, NC 28302 | | Ad valorem taxes | | | | Unknown |
| Cumberland County Tax Administration Attn:   Officer, Mgr. or Agent 117 Dick Street Fayetteville, NC 28301 | | | | | | $23,714.00 |
| First Citizens Bank Default Litigation Manager P.O. Box 26187 Raleigh, NC 27611 | | | | $289,768.25 | $0.00 | $289,768.25 |
| First Citizens Bank Default Litigation Manager P.O. Box 26187 Raleigh, NC 27611 | | Deficiency-F/C of 2244 Mirror Lake Drive, Fayetteville | | | | $0.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   McGeachy Holding LLC _____          Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Citizens Bank Default Litigation Manager P.O. Box 26187 Raleigh, NC 27611 | | Deficiency-F/C of 713 Hay St., Fayetteville | | | | $0.00 |
| Landfall Condominium Homeowner's Assoc. Attn:   Officer, Mgr. or Agent P.O. Box 2505 Fayetteville, NC 28302 | | 612 Marshtree Lane Unit 301 Fayetteville, NC 28314 | | $1,369.20 | $0.00 | $1,369.20 |
| N.C. Department of Revenue Offices Services Division Bankruptcy Unit P.O. Box 1168  Raleigh, NC 27602-1168 | | Notice purposes only | | | | Unknown |
| The Crossings At Morganton Condo.Assoc. c/o Hutchens Law Firm LLP P.O. Box 2505 Fayetteville, NC 28302 | | | | $4,210.85 | $0.00 | $4,210.85 |
| United Bank 241 Green Street Fayetteville, NC 28301 | | Credit card purchases | | | | $7,880.16 |
| Wynncrest Homeowner's Association, Inc. Attn:   Officer, Mgr. or Agent P.O. Box 2505 Fayetteville, NC 28302 | | 114 Wynncrest Lane, Fayetteville, NC 28303 | | $4,320.00 | $0.00 | $4,320.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of North Carolina, Fayetteville Division

In re    McGeachy Holding LLC
                                            Debtor(s)

Case No.
Chapter      11

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:     May 1, 2026                          /s/  Donovan McGeachy
                                               Donovan McGeachy/President and CEO
                                               Signer/Title

APG INVESTMENTS LLC &
DONOVAN MCGEACHY
2900 MIDDLESEX ROAD
FAYETTEVILLE, NC 28306-2513

BANK OF AMERICA
ATTN: OFFICER, MGR. OR AGENT
PO BOX 673033
DALLAS, TX 75267

BARBARA BECTON
301 WARTON LANE, APT 3
FAYETTEVILLE, NC 28314

CHASE CARD SERVICES
ATTN: OFFICE, MGR. OR AGENT
PO BOX 9013
ADDISON, TX 75001

CITY OF FAYETTEVILLE TAX
COLLECTOR
ATTN: OFFICER, MGR. OR AGENT
C/O CUMBERLAND CO. TAX
COLLECTOR
P.O. BOX 449
FAYETTEVILLE, NC 28302

CORNELIUS JOHNSON
7546 BRANCHWOOD CIRCLE
UNIT B
FAYETTEVILLE, NC 28314

CUMBERLAND COUNTY TAX
ADMINISTRATION
ATTN:  OFFICER, MGR. OR AGENT
117 DICK STREET
FAYETTEVILLE, NC 28301

DAVID B. CRAIG, ESQ.
1903 BRAGG BLVD., STE 4
FAYETTEVILLE, NC 28303

DJ DONDON ENTERTAINMENT INC.
MCGEACHY INVESTMENTS,
MCGEACHY CONSTRUCT
2900 MIDDLESEX RD.
FAYETTEVILLE, NC 28306-2513

DONOVAN MCGEACHY
1841 TRYON DRIVE
FAYETTEVILLE, NC 28306

DONOVAN MCGEACHY
612 MARSHTREE LANE
UNIT 301
FAYETTEVILLE, NC 28314

FIRST CITIZENS BANK
DEFAULT LITIGATION MANAGER
P.O. BOX 26187
RALEIGH, NC 27611

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JAMES S. LIVERMON, III
C/O WOMBLE BOND DICKINSON
555 FAYETTEVILLE ST., STE 1100
RALEIGH, NC 27601

JOVELL GENWRIGHT
394 OAK HILL LANE
FAYETTEVILLE, NC 28314

JOYA GREGG
3323 SCOTTY HILL ROAD
FAYETTEVILLE, NC 28306

KRYSTYNA CRISP
114 WYNNCREST LANE
FAYETTEVILLE, NC 28306

LANDFALL CONDOMINIUM
HOMEOWNER'S ASSOC.
ATTN:  OFFICER, MGR. OR AGENT
P.O. BOX 2505
FAYETTEVILLE, NC 28302

LATOSHA HAMILTON
573 JENNINGS FARM ROAD
FAYETTEVILLE, NC 28314

MIAYA WARE
587 WINDING CREEK, UNIT D
FAYETTEVILLE, NC 28305

MOOSE EVENT CENTER
3740 OWEN DRIVE
FAYETTEVILLE, NC 28306

N.C. DEPARTMENT OF REVENUE
OFFICES SERVICES DIVISION
BANKRUPTCY UNIT P.O. BOX 1168
RALEIGH, NC 27602-1168

RAMEL TILLERY
7546 BRANCHWOOD CIRCLE
UNIT C
FAYETTEVILLE, NC 28314

RENITA MONROE
5026 HOUSTON ROAD
FAYETTEVILLE, NC 28311

TABITHA THORPE
1184 WRENWOOD COURT
FAYETTEVILLE, NC 28303

THE CROSSINGS AT MORGANTON
CONDO.ASSOC.
C/O HUTCHENS LAW FIRM LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302

TIMIKA JOHNSON
7546 BRANCHWOOD CIRCLE
UNIT A
FAYETTEVILLE, NC 28314

UNITED BANK
ATTN:  OFFICER, MGR. OR AGENT
241 GREEN STREET
FAYETTEVILLE, NC 28301

UNITED BANK
ATTN:  OFFICER, MGR. OR AGENT
241 GREEN STREET
FAYETTEVILLE, NC 28301

UNITED BANK
241 GREEN STREET
FAYETTEVILLE, NC 28301

VANESSA G. RODRIGUEZ
301 WARTON LANE
FAYETTEVILLE, NC 28314

WARD AND SMITH, P.A.
ATTN:  OFFICER, MGR. OR AGENT
P.O. BOX 8088
GREENVILLE, NC 27835-8088

WILLIAM JACOBS
571 WINDING CREEK, UNIT B
FAYETTEVILLE, NC 28305

WYNNCREST HOMEOWNER'S
ASSOCIATION, INC.
ATTN:  OFFICER, MGR. OR AGENT
P.O. BOX 2505
FAYETTEVILLE, NC 28302

# United States Bankruptcy Court
## Eastern District of North Carolina, Fayetteville Division

In re   McGeachy Holding LLC

               Debtor(s)

Case No.

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   McGeachy Holding LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 1, 2026

Date

/s/ Laurie B. Biggs

Laurie B. Biggs 31845

Signature of Attorney or Litigant

Counsel for   McGeachy Holding LLC

Biggs Law Firm PLLC

9208 Falls of Neuse Road Suite 120
Raleigh, NC 27615
(919) 375-8040  Fax:(919) 341-9942
lbiggs@biggslawnc.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com