**Fill in this information to identify the case:**

Debtor name McGeachy Holding LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA, FAYETTEVILLE DIVISON

Case number (if known) 5:26-bk-1995

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/14/2026

X [signature]
Signature of individual signing on behalf of debtor

Donovan McGeachy
Printed name

President and CEO
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McGeachy Holding LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA, FAYETTEVILLE DIVISION

Case number (if known) 5:26-bk-1995

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......... $ 2,359,953.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......... $ 76,180.20

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......... $ 2,436,133.20

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.......... $ 1,264,658.19

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......... $ 23,714.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... +$ 47,880.16

4. **Total liabilities** ..........
   Lines 2 + 3a + 3b $ 1,336,252.35



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McGeachy Holding LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA, FAYETTEVILLE DIVISION

Case number (if known) 5:26-bk-1995

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Fidelity Bank | Checking | 1755 | $680.20 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $680.20

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2024 Tesla Cybertruck VIN 7G2CEHED8RA010132 | $0.00 | | $75,000.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Banquet tables and chairs | $0.00 | | $500.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. **$75,500.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor McGeachy Holding LLC Case number (If known) 5:26-bk-1995
Name

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. 301 Warton Lane, Unit 3 (Crossings at Morganton), Fayetteville, NC | Fee Simple | $0.00 | | $150,000.00 |
| 55.2. 3740 Owen Drive (Event Center) Fayetteville NC 28306 | Fee Simple | $0.00 | | $500,000.00 |
| 55.3. 1184 Wrenwood Ct. ($109,000); 587 Winding Creek Road ($100,000); 301 Warton Lane, Unit 9 ($167,500.00); 1841 Tryon Dr. Unit 7 ($100,000); 3323 Scotty Hill Road ($70,000.00); 612 Marshtree Lane Unit 301 ($153,453); 573 Jennings Farm Road (175,000); 5026 Houston Road ($150,000), Fayetteville, NC | Fee Simple | $0.00 | | $1,024,953.00 |
| 55.4. Bldg. 571 Unit B Winding Creek Rd ($100,000); 114 Wynncrest ($275,000) Fayetteville, NC | Fee Simple | $0.00 | | $375,000.00 |
| 55.5. 394 Oak Hill Lane ($170,000); 7546 Branchwood Circle ($140,000). | Fee Simple | $0.00 | | $310,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$2,359,953.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor McGeachy Holding LLC Case number *(If known)* 5:26-bk-1995
Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>Claim for repairs for 1841 Tryon Drive, Unit 7, Briarcliff HOA to make repairs.<br>**Nature of claim**<br>**Amount requested** $0.00 | Unknown |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>Potential insurance claim against HOA policy for 1841 Tryon Drive, Unit 7, Fayetteville, NC - Property damaged by fire | $0.00 |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor McGeachy Holding LLC Case number *(If known)* 5:26-bk-1995
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $680.20 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $75,500.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.......> | | $2,359,953.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $76,180.20 | + 91b. $2,359,953.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,436,133.20 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McGeachy Holding LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA, FAYETTEVILLE DIVISION

Case number (if known) 5:26-bk-1995

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 First Citizens Bank | $289,201.25 | $2,434,953.00 |
| 2.2 Landfall Condominium Homeowner's Assoc. | $1,369.20 | $0.00 |

**2.1** First Citizens Bank
Creditor's Name

Default Litigation Manager
P.O. Box 26187
Raleigh, NC 27611
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. The Crossings At Morganton Condo.Assoc.
2. First Citizens Bank
3. United Bank

**Describe debtor's property that is subject to a lien**
2024 Tesla Cybertruck VIN 7G2CEHED8RA010132; 301 Warton Lane, Unit 3 (Crossings at Morganton), Fayetteville, NC; 3740 Owen Drive (Event Center)Fayetteville NC 28306; 1184 Wrenwood Ct. ($109,000);587 Winding Creek Road ($100,000);301 Warton Lane, Unit 9 ($167,500.00);1841 Tryon Dr. Unit 7 ($100,000);3323 Scotty Hill Road ($70,000.00);612 Marshtree Lane Unit 301 ($153,453);573 Jennings Farm Road (175,000);5026 Houston Road ($150,000), Fayetteville, NC; Bldg. 571 Unit B Winding Creek Rd ($100,000);114 Wynncrest ($275,000)Fayetteville, NC; 394 Oak Hill Lane ($170,000);7546 Branchwood Circle ($140,000).

**Describe the lien**
Judgment Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Landfall Condominium Homeowner's Assoc.
Creditor's Name

Attn: Officer, Mgr. or Agent

**Describe debtor's property that is subject to a lien**
612 Marshtree Lane Unit 301
Fayetteville, NC 28314



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

P.O. Box 2505
Fayetteville, NC 28302
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
Second lien on 612 Marshtree Lane, Unit 301
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 The Crossings At Morganton Condo.Assoc.
Creditor's Name
c/o Hutchens Law Firm LLP
P.O. Box 2505
Fayetteville, NC 28302
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1463
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** $4,210.85 $0.00

**Describe the lien**
Clm of Lien-301 Warton Lane, Apt 9
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 The Crossings At Morganton Condo.Assoc.
Creditor's Name
c/o Hutchens Law Firm LLP
P.O. Box 2505
Fayetteville, NC 28302
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1456
**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** $4,210.85 $150,000.00
301 Warton Lane, Unit 3 (Crossings at Morganton), Fayetteville, NC

**Describe the lien**
Claim of Lien-Unit 9. 301 Warton Ln
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor McGeachy Holding LLC Case number (if known) 5:26-bk-1995
Name

Specified on line 2.1

---

**2.5** United Bank
Creditor's Name

Attn: Officer, Mgr. or Agent
241 Green Street
Fayetteville, NC 28301
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
1184 Wrenwood Ct. ($109,000);587 Winding Creek Road ($100,000);301 Warton Lane, Unit 9 ($167,500.00);1841 Tryon Dr. Unit 7 ($100,000);3323 Scotty Hill Road ($70,000.00);612 Marshtree Lane Unit 301 ($153,453);573 Jennings Farm Road (175,000);5026 Houston Road ($150,000), Fayetteville, NC

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$482,725.46 $1,024,953.00

---

**2.6** United Bank
Creditor's Name
Attn: Officer, Mgr. or Agent
241 Green Street

Fayetteville, NC 28301
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
Bldg. 571 Unit B Winding Creek Rd ($100,000);114 Wynncrest ($275,000)Fayetteville, NC

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$257,901.58 $375,000.00

---

**2.7** United Bank
Creditor's Name
Attn: Officer, Mgr. or Agent
241 Green Street
Fayetteville, NC 28301
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
394 Oak Hill Lane ($170,000);7546 Branchwood Circle ($140,000).

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**

$225,039.00 $310,000.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Date debt was incurred**

**Last 4 digits of account number**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 Wynncrest Homeowner's Association, Inc.
Creditor's Name
Attn: Officer, Mgr. or Agent
P.O. Box 2505
Fayetteville, NC 28302
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
114 Wynncrest Lane, Fayetteville, NC 28303

Unknown | $0.00

**Describe the lien**
2nd lien against 114 Wynncrest, Fayetteville, NC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $1,264,658.19

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| James S. Livermon, III<br>c/o Womble Bond Dickinson<br>555 Fayetteville St., Ste 1100<br>Raleigh, NC 27601 | Line 2.5 | |
| Ward and Smith, P.A.<br>Attn: Officer, Mgr. or Agent<br>P.O. Box 8088<br><br>Greenville, NC 27835-8088 | Line 2.1 | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McGeachy Holding LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA, FAYETTEVILLE DIVISION

Case number (if known) 5:26-bk-1995

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | City of Fayetteville Tax Collector<br>c/o Cumberland Co. Tax Collector<br>Attn: Officer, Mgr. or Agent<br>P.O. Box 449<br>Fayetteville, NC 28302 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim: Ad valorem taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Cumberland County Tax Administration<br>Attn: Officer, Mgr. or Agent<br>117 Dick Street<br>Fayetteville, NC 28301 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,714.00 | $23,714.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.3 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: Notice purposes only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

2.4 Priority creditor's name and mailing address
N.C. Department of Revenue
Offices Services Division
Bankruptcy Unit
P.O. Box 1168

Raleigh, NC 27602-1168

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown Unknown

Date or dates debt was incurred

Basis for the claim: Notice purposes only

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
Bank of America
Attn: Officer, Mgr. or Agent
PO Box 673033
Dallas, TX 75267

**As of the petition filing date, the claim is:** *Check all that apply.* $10,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
Chase Card Services
Attn: Office, Mgr. or Agent
PO Box 9013
Addison, TX 75001

**As of the petition filing date, the claim is:** *Check all that apply.* $30,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
United Bank
241 Green Street
Fayetteville, NC 28301

**As of the petition filing date, the claim is:** *Check all that apply.* $7,880.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Credit card purchases
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | David B. Craig, Esq.<br>1903 Bragg Blvd., Ste 4<br>Fayetteville, NC 28303 | Line 2.2<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 23,714.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| **5b. Total claims from Part 2** | 5b. + $ | 47,880.16 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 71,594.16 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McGeachy Holding LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA, FAYETTEVILLE DIVISION

Case number (if known) 5:26-bk-1995

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
| State the term remaining | | Barbara Becton<br>301 Warton Lane, Apt 3<br>Fayetteville, NC 28314 |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
| State the term remaining | | Cornelius Johnson<br>7546 Branchwood Circle<br>Unit B<br>Fayetteville, NC 28314 |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | 1841 Tryon Drive<br>Fayetteville, NC 28306 | |
| State the term remaining | | Donovan McGeachy<br>923 Louise Circle<br><br>Fayetteville, NC 28314 |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | 612 Marshtree Lane, Unit 301, Fayetteville, NC 28314 | |
| State the term remaining | Lease Agreement | Donovan McGeachy<br>923 Louise Circle<br>Fayetteville, NC 28314 |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 McGeachy Holding LLC — First Name / Middle Name / Last Name

Case number (*if known*) 5:26-bk-1995

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Jovell Genwright<br>394 Oak Hill Lane<br>Fayetteville, NC 28314 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Joya Gregg<br>3323 Scotty Hill Road<br>Fayetteville, NC 28306 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Krystyna Crisp<br>114 Wynncrest Lane<br>Fayetteville, NC 28306 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Latosha Hamilton<br>573 Jennings Farm Road<br>Fayetteville, NC 28314 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest | Lease agreement | Miaya Ware<br>587 Winding Creek, Unit D<br>Fayetteville, NC 28305 |
| State the term remaining | | |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 McGeachy Holding LLC (First Name, Middle Name, Last Name) Case number (*if known*) 5:26-bk-1995

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Moose Event Center<br>3740 Owen Drive<br>Fayetteville, NC 28306 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Ramel Tillery<br>7546 Branchwood Circle<br>Unit C<br>Fayetteville, NC 28314 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Renita Monroe<br>5026 Houston Road<br>Fayetteville, NC 28311 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Tabitha Thorpe<br>1184 Wrenwood Court<br>Fayetteville, NC 28303 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Timika Johnson<br>7546 Branchwood Circle<br>Unit A<br>Fayetteville, NC 28314 |
| State the term remaining | | |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 McGeachy Holding LLC (First Name / Middle Name / Last Name) Case number (*if known*) 5:26-bk-1995

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
| State the term remaining | | Vanessa G. Rodriguez<br>301 Warton Lane<br>Fayetteville, NC 28314 |
| List the contract number of any government contract | | |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
| State the term remaining | | William Jacobs<br>571 Winding Creek, Unit B<br>Fayetteville, NC 28305 |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McGeachy Holding LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA, FAYETTEVILLE DIVISION

Case number (if known) 5:26-bk-1995

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | APG Investments LLC | Attn: Donovan McGeachy<br>923 Louise Circle<br>Fayetteville, NC 28314 | United Bank | ☐ D<br>☒ E/F 3.3<br>☐ G |
| 2.2 | APG Investments LLC | Attn: Donovan McGeachy<br>923 Louise Circle<br>Fayetteville, NC 28314 | First Citizens Bank | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.3 | DJ DonDon Entertainment Inc. | Attn: Donovan McGeachy<br>923 Louise Circle<br>Fayetteville, NC 28314 | First Citizens Bank | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.4 | Donovan McGeachy | 923 Louise Circle<br>Fayetteville, NC 28314 | First Citizens Bank | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.5 | McGeachy Construction, LLC | Attn: Donovan McGeachy<br>923 Louise Circle<br>Fayetteville, NC 28314 | First Citizens Bank | ☒ D 2.1<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor McGeachy Holding LLC Case number *(if known)* 5:26-bk-1995

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | McGeachy Investment, Inc. | c/0 Donovan McGeachy<br>923 Louise Circle<br>Fayetteville, NC 28314 | First Citizens Bank | ☒ D 2.1<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McGeachy Holding LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA, FAYETTEVILLE DIVISION

Case number (if known) 5:26-bk-1995

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other | $17,750.00 |
| For prior year: From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | $272,400.00 |
| For year before that: From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $130,346.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. United Bank<br>Attn: Officer, Mgr. or Agent<br>241 Green Street<br><br>Fayetteville, NC 28301 | 02/10/2026 - $2,294.77<br>02/13/2026 - $1,648.91<br>02/18/2026 - $4,298.41<br>03/10/2026 - $2,294.77<br>03/13/2026 - $1,676.26<br>03/18/2026 - $4,330.08<br>04/10/2026 - $2,294.77<br>04/13/2026 - $1,676.26<br>04/20/2026 - $4,330.08 | $24,844.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__ |
| 3.2. First Citizens Bank | Approximately February 2026 - foreclosure sale proceeds of $291,823.43 from 2244 Mirror Lake Drive, Fayetteville, NC | $291,823.43 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. First Citizens Bank | Approximately February 2026 - foreclosure sale proceeds of713 Hay Street, Fayetteville | $366,067.14 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| First Citizens Bank | 713 Hay Street, Fayetteville, NC property sold at foreclosure sale and proceeds paid outstanding loan in full | 2/17/2026 | $0.00 |
| First Citizens Bank | 2244 Mirror Lake Drive, Fayetteville sold at foreclosure and proceeds of $291,823.43 were applied to loan | February 17, 2026 | $0.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | First-Citizens Bank & Trust Company VS DJ DonDon Entertainment Inc.<br>25CV011743-250 | Contract, Money Owed | Cumberland County Superior Court<br>117 Dick Street<br>Fayetteville, NC 28301 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. | United Bank v. McGeachy Holding LLC, APG Investments LLC, McGeachy Investments, Inc. and Donovan McGeachy<br>26CV003245-250 | Contract, Money Owed, Other Filing | Cumberland County Superior Court<br>117 Dick Street<br>Fayetteville, NC 28301 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | McGeachy Holding LLC vs. Joya Gregg<br>26CV003404-250 | Money Owed, Summary Ejectment | Cumberland County District Court<br>117 Dick Street<br>Fayetteville, NC 28301 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.4. | McGeachy Holding LLC VS Joya Gregg<br>26CV004189-250 | Money Owed, Summary Ejectment | Cumberland County District Court<br>117 Dick Street<br>Fayetteville, NC 28301 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.5. | Landfall Condominium Homeowners Association, Inc. vs. McGeachy Holding, LLC<br>25M000887-250 | Claim of Lien | Cumberland County District Court<br>117 Dick Street<br>Fayetteville, NC 28301 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.6. | Wynncrest Homeowner's Association, Inc. vs. McGeachy Holding, LLC<br>25M000432-250 | Claim of Lien | Cumberland County District Court<br>117 Dick Street<br>Fayetteville, NC 28301 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | The Crossings at Morganton Condominium Association, Inc. VS McGeachy Holding, LLC<br>25M001456-250 | Claim of Lien | Cumberland County District Court<br>117 Dick Street<br>Fayetteville, NC 28301 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.8. | The Crossings at Morganton Condominium Association, Inc. VS McGeachy Holding, LLC<br>25M001463-250 | Claim of Lien | Cumberland County District Court<br>117 Dick Street<br>Fayetteville, NC 28301 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.9. | In the Matter of the Foreclosure of the Deed of Trust executed by McGeachy Holding LLC, Grantor in Deed of Trust to Neuse, Incorporated, Trustee for First Citizens Bank & Trust Company, Original Holder, securing an indebtedness in the original principal am<br>25SP001008-250 | Foreclosure | Cumberland County Civil Superior Court | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.10. | In the Matter of the Foreclosure of the Deed of Trust executed by McGeachy Holding LLC, Grantor in Deed of Trust to Neuse, Incorporated, Trustee for First-Citizens Bank & Trust Company, Original Holer, securing an indebtedness in the original principal amo<br>25-SP001007-250 | Foreclosure | Cumberland Co. Civil Superior Court | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| 1841 Tryon Drive, Unit 7, Fayetteville, North Carolina 28303 sustained fire damage | 0.00 | 03/22/2026 | $40,000.00 |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Biggs Law Firm PLLC<br>9208 Falls of Neuse Road<br>Suite 120<br>Raleigh, NC 27615 | | 4/20/2026 | $15,000.00 |

**Email or website address**

**Who made the payment, if not debtor?**
McGeachy Investments Inc.

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | First Citizens Bank | Foreclosure of property located at 2244 Mirror Lake Drive, Fayetteville, NC | 2/17/2026 | $297,467.69 |

**Relationship to debtor**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | First Citizens Bank | Foreclosure of property located at 713 Hay Street, Fayetteville, NC | 2/17/2026 | $371,995.37 |
| | **Relationship to debtor** | | | |
| | | | | |

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 2900 Middlesex Road<br>Fayetteville, NC 28306 | Approximately March 2020 to March 2026 |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Chase Bank | **XXXX**-1348 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | $0.00 |
| 18.2. | First Citizens Bank<br><br>NC | **XXXX**-2488 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 04/30/2026 | $0.07 |
| 18.3. | Bank of America, N.A.<br>Attn: Officer, Mgr. or Agent<br>PO Box 673033<br><br>Dallas, TX 75267 | **XXXX**- | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | $0.00 |
| 18.4. | Navy Federal Credit Union<br>Attn: Officer, Mgr. or Agent<br>PO Box 3000<br><br>Merrifield, VA 22119-3000 | **XXXX**- | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | $0.00 |
| 18.5. | United Bank<br>Attn: Officer, Mgr. or Agent<br>241 Green Street<br><br>Fayetteville, NC 28301 | **XXXX**- | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Donovan McGeachy<br>923 Louise Circle<br><br>Fayetteville, NC 28314 | March 2020 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. None | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Donovan McGeachy<br>923 Louise Circle<br>Fayetteville, NC 28314 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Fidelity Bank (Cyber Truck)<br><br>NC |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donovan McGeachy | 923 Louise Circle<br><br>Fayetteville, NC 28314 | President and CEO | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | None | No payments have been made. | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

**Name of the parent corporation** **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

**Name of the pension fund** **Employer Identification number of the pension fund**

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/14/26

/s/ Donovan McGeachy
Signature of individual signing on behalf of the debtor

Donovan McGeachy
Printed name

Position or relationship to debtor President and CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of North Carolina, Fayetteville Division

In re McGeachy Holding LLC — Debtor(s)

Case No. 5:26-bk-1995
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Donovan McGeachy<br>923 Louise Circle<br><br>Fayetteville, NC 28314 | | 100% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date May 14, 2026

Signature /s/ Donovan T. McGeachy
Donovan McGeachy

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

**IN RE:**

**MCGEACHY HOLDING LLC,** **CASE NO. 26-01995-5-JNC**
**CHAPTER 11**

**DEBTOR.**

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016, I certify that I am the attorney for the above mentioned debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $Amount unknown (To be determined by the Court) |
| Prior to filing this statement, and paid to me within one year before the filing of the petition for the Debtor seeking bankruptcy relief, I have received | $ 8,593.00 |
| In addition, I am holding in trust for attorney's fees | $ 6,407.00 |
| Balance Due | $Amount unknown (To be determined by the Court) |

2. The sources of compensation paid to me are:

[] Debtor: [X] Other: McGeachy Investments, Inc.

3. The sources of compensation to be paid to me are:

[ X ] Debtor: [X ] Other: Donovan McGeachy

4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11, United States Code;

b) Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

c) Representation of the debtor at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e) Additional fees to be approved by the Bankruptcy Court

6. By agreement with the debtor, the above disclosed fee does not include the following services:

Not applicable

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated: 05/14/2026

s/Laurie B. Biggs____
LAURIE B. BIGGS
N. C. State Bar #31845
E-mail: lbiggs@biggslawnc.com
BIGGS LAW FIRM, PLLC
9208 Falls of Neuse Road, Suite 120
Raleigh, North Carolina 27615
(919) 375-8040
(919) 341-9942 (Facsimile)