**VAN–173** Order Regarding Status Conference – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
McGeachy Holding LLC
923 Louise Circle
Fayetteville, NC 28314

TaxID: 85–0503636

CASE NO.: 26–01995–5–JNC

DATE FILED: May 1, 2026

CHAPTER: 11

ORDER REGARDING STATUS CONFERENCE

The court conducted a status conference on May 27, 2026 pursuant to 11 U.S.C. § 1188(a) and the Order to File Plan and Notice of Status Conference dated May 27, 2026. Representatives of the debtor, bankruptcy administrator and Subchapter V trustee were present.

Counsel for the debtor timely filed and served a report detailing efforts undertaken and to be undertaken to attain a consensual plan of reorganization pursuant to 11 U.S.C. § 1188(c) and reported on those efforts at the status conference. Additionally, counsel for the debtor reported on the status of the debtor's compliance with Local Rule 4002.1.

DATED: May 28, 2026

Joseph N. Callaway
United States Bankruptcy Judge