UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

```
-------------------------------------------------------- x
In re:                                           :
                                                 :     Chapter 11
MCGEACHY HOLDING LLC,                            :
                                                 :     Case No.: 26-01995-5-JNC
                        Debtor.                   :
                                                 :
-------------------------------------------------------- x
```

## NOTICE OF DEFAULT UNDER INTERIM CASH COLLATERAL ORDER

United Bank, by and through counsel, advises the Court and the parties in interest of the Debtor's default under the Interim Cash Collateral Order entered by this Court on June 2, 2026 (Dkt. 24) (the "Order"). The Debtor has failed to provide monthly reports, weekly cash receipts and disbursements, and budget-to-actual variance reports. (the "Default"). Pursuant to the Order, the Debtor's right to use United Bank's cash collateral pursuant to the Order is terminated as of the filing of this Notice on the docket.

Dated: June 24, 2026            WOMBLE BOND DICKINSON (US) LLP


                                By:  /s/ Eudora F. S. Arthur
                                     EUDORA F. S. ARTHUR
                                     N.C. State Bar. No. 59854
                                     555 Fayetteville Street, Suite 110
                                     Raleigh, NC  27601
                                     Telephone: (919) 755-2178
                                     dorie.arthur@wbd-us.com

                                     *Attorneys for United Bank*

## CERTIFICATE OF SERVICE

I hereby further certify that on June 24, 2026, a copy of the *Notice of Default Under Interim Cash Collateral Order* was also mailed first class mail, postage prepaid to:

**McGeachy Holding LLC**
923 Louise Circle
Fayetteville, NC 28314

**Laurie Biggs, Esq.**
Biggs Law Firm PLLC
*Via CM/ECF*

**Kathleen O'Malley, Esq.**
Subchapter V Trustee
*Via CM/ECF*

**Kirstin Gardner, Esq.**
**Office of the Bankruptcy Administrator**
*Via CM/ECF*

*/s/ Eudora F. S. Arthur*
Eudora F. S. Arthur (NC Bar No. 59854)

2