United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                          Case No. 26-01995-JNC

McGeachy Holding LLC                                              Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5                    User: admin                              Page 1 of 2
Date Rcvd: Jun 24, 2026                 Form ID: van009                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID              Recipient Name and Address**
db                   +  McGeachy Holding LLC, 923 Louise Circle, Fayetteville, NC 28314-2709

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name                    Email Address**

Eudora F. S. Arthur
                        on behalf of Creditor United Bank dorie.arthur@wbd-us.com

James S. Livermon, III
                        on behalf of Creditor United Bank Charlie.livermon@wbd-us.com  kim.cone@wbd-us.com

Kathleen O'Malley
                        komalley@smvt.com  lpetruska@smvt.com

Kathleen O'Malley
                        on behalf of Trustee Kathleen O'Malley komalley@smvt.com  lpetruska@smvt.com

Kirstin E. Gardner
                        on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov
                        Tanya_aycock@nceba.uscourts.gov;Kylie_Bouplon@nceba.uscourts.gov;Kimberly_Summerlin@nceba.uscourts.gov;rick_hinson
                        @nceba.uscourts.gov

Laurie Biggs

District/off: 0417-5                    User: admin                                    Page 2 of 2
Date Rcvd: Jun 24, 2026                 Form ID: van009                              Total Noticed: 1

on behalf of Debtor McGeachy Holding LLC lbiggs@biggslawnc.com
wkaram@biggslawnc.com;qmccain@biggslawnc.com;Biggs.LaurieB.B117556@notify.bestcase.com;biggs-law-firm@pacer.glad
e.ai;somell@biggslawnc.com;jbledsoe@biggslawnc.com;ccrews@biggslawnc.com

Lilian L. Faulconer

on behalf of Creditor First-Citizens Bank & Trust Company llfaulconer@wardandsmith.com
blspang@wardandsmith.com;DocketCR@wardandsmith.com;jdnichols@wardandsmith.com;jlayscue@wardandsmith.com;sbharv
ey@wardandsmith.com

Paul A. Fanning

on behalf of Creditor The Fidelity Bank paf@wardandsmith.com
DocketCR@wardandsmith.com;blspang@wardandsmith.com;jdnichols@wardandsmith.com;jlayscue@wardandsmith.com;sbharv
ey@wardandsmith.com

Phillip A. Hedrick, Jr

on behalf of Creditor Little & Young  Inc. nc.bky@thefoundationlegalgroup.com, bkymail@hutchenslawfirm.com


TOTAL: 9

**VAN–009** Notice of Continued Telephone Conference – Rev. 12/16/2025

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
McGeachy Holding LLC
**( debtor has no known aliases )**
923 Louise Circle
Fayetteville, NC 28314

TaxID: 85–0503636

CASE NO.: 26–01995–5–JNC

DATE FILED: May 1, 2026

CHAPTER: 11

NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been rescheduled and will be held by telephone as indicated below:

DATE:   Tuesday, June 30, 2026
TIME:   11:00 AM
to consider and act upon the following matters:

Second Interim Order Authorizing Use of Cash Collateral

The hearing will involve the following parties:

Judge Joseph N. Callaway
Laurie Biggs
Kathleen O'Malley
Kirstin E. Gardner
Interested Parties

To join the conference call, please dial 1–646–828–7666 US (New York).

Meeting ID: 165 594 1183
Passcode: 45081922

DATED: June 24, 2026

Stephanie J. Butler
Clerk of Court