United States Bankruptcy Court

Eastern District of North Carolina

In re:

McGeachy Holding LLC

Debtor

Case No. 26-01995-JNC

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0417-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: van167 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + McGeachy Holding LLC, 923 Louise Circle, Fayetteville, NC 28314-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 25 2026 01:32:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eudora F. S. Arthur | |
| | on behalf of Creditor United Bank dorie.arthur@wbd-us.com |
| James S. Livermon, III | |
| | on behalf of Creditor United Bank Charlie.livermon@wbd-us.com  kim.cone@wbd-us.com |
| Kathleen O'Malley | |
| | komalley@smvt.com  lpetruska@smvt.com |
| Kathleen O'Malley | |
| | on behalf of Trustee Kathleen O'Malley komalley@smvt.com  lpetruska@smvt.com |

District/off: 0417-5                              User: admin                                    Page 2 of 2
Date Rcvd: Jun 24, 2026                          Form ID: van167                                Total Noticed: 2

Kirstin E. Gardner
                         on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov
                         Tanya_aycock@nceba.uscourts.gov;Kylie_Bouplon@nceba.uscourts.gov;Kimberly_Summerlin@nceba.uscourts.gov;rick_hinson
                         @nceba.uscourts.gov

Laurie Biggs
                         on behalf of Debtor McGeachy Holding LLC lbiggs@biggslawnc.com
                         wkaram@biggslawnc.com;qmccain@biggslawnc.com;Biggs.LaurieB.B117556@notify.bestcase.com;biggs-law-firm@pacer.glad
                         e.ai;somell@biggslawnc.com;jbledsoe@biggslawnc.com;ccrews@biggslawnc.com

Lilian L. Faulconer
                         on behalf of Creditor First-Citizens Bank & Trust Company llfaulconer@wardandsmith.com
                         blspang@wardandsmith.com;DocketCR@wardandsmith.com;jdnichols@wardandsmith.com;jlayscue@wardandsmith.com;sbharv
                         ey@wardandsmith.com

Paul A. Fanning
                         on behalf of Creditor The Fidelity Bank paf@wardandsmith.com
                         DocketCR@wardandsmith.com;blspang@wardandsmith.com;jdnichols@wardandsmith.com;jlayscue@wardandsmith.com;sbharv
                         ey@wardandsmith.com

Phillip A. Hedrick, Jr
                         on behalf of Creditor Little & Young  Inc. nc.bky@thefoundationlegalgroup.com, bkymail@hutchenslawfirm.com


TOTAL: 9

**VAN–167** Order to File Plan and Notice of Status Conference (SubChapter V) – Rev. 12/16/2025

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Fayetteville Division**

IN RE:
McGeachy Holding LLC
923 Louise Circle
Fayetteville, NC 28314

CASE NO.: 26–01995–5–JNC

DATE FILED: May 1, 2026

TaxID: 85–0503636

CHAPTER: 11

ORDER TO FILE PLAN
AND NOTICE OF STATUS CONFERENCE

The debtor(s) filed a petition for relief under Chapter 11 of the Bankruptcy Code on May 1, 2026 , electing in its petition to proceed under subchapter V pursuant to Rule 1020 of the Federal Rules of Bankruptcy Procedure. Pursuant to 11 U.S.C. § 1189, the debtor(s) must file a plan on or before July 30, 2026 . The debtor(s) may use Official Form 425A, "Plan of Reorganization for Small Business Case Under Chapter 11."

A status conference pursuant to 11 U.S.C. § 1188(a) will be held as indicated below:

DATE:       June 30, 2026
TIME:       11:00 AM

To join the conference call, please dial 1–646–828–7666 US (New York).

Meeting ID: 165 594 1183
Passcode: 45081922

Counsel for the debtor(s), the subchapter V trustee and the bankruptcy administrator will participate in the status conference, and any objection to the procedures outlined in this order will be addressed at that time.

At the status conference, counsel for the debtor(s) must be prepared to (1) describe the nature of the debtor(s) business, (2) describe the reasons for filing the petition, (3) describe the debtor(s) strategy for reorganization, (4) give an estimate of the attorney's fees and other professional fees, (5) identify anticipated significant events in the case, (6) discuss the need for future status conferences, and (7) identify the court location or locations most convenient for parties and counsel for proceedings to be conducted.

Within 14 days prior to the status conference, the debtor(s) shall file a report detailing efforts undertaken and to be undertaken to attain a consensual plan of reorganization pursuant to 11 U.S.C. § 1188(c). A copy of the report shall be served on all parties in interest.

SO ORDERED.

Dated: Wednesday, June 24, 2026

Joseph N. Callaway
United States Bankruptcy Judge