**July budget**

| Address | Rent SEC8 | Tenant Rent | Total In | Insurance | HOA | Maint. | Total Out | Net Income |
|---|---|---|---|---|---|---|---|---|
| 301 Warton Lane Unit 9 | $ - | $ - | $ - | $ 86.00 | $ 243.00 | $ 5,184.00 | $ 5,513.00 | $ (5,513.00) |
| 587 Winding Creek Unit D | $ 1,094.00 | $ 156.00 | $ 1,250.00 | $ 93.00 | $ 289.00 | $ 125.00 | $ 507.00 | $ 743.00 |
| 5026 Houston Rd | $ 1,750.00 | $ - | $ 1,750.00 | $ 149.00 | $ - | $ - | $ 149.00 | $ 1,601.00 |
| 573 Jennings Farm Rd | $ 1,500.00 | $ - | $ 1,500.00 | $ 188.00 | $ - | $ 125.00 | $ 313.00 | $ 1,187.00 |
| 3323 Scotty Hill Rd | $ - | $ - | $ - | $ 93.00 | $ - | $ - | $ 93.00 | $ - |
| 1841 Tryon Dr | $ - | $ - | $ - | $ 77.00 | $ 171.00 | $ - | $ 248.00 | $ (248.00) |
| 612 Marshtree Lane 301 | $ - | $ - | $ - | $ 93.00 | $ 418.00 | $ - | $ 511.00 | $ (511.00) |
| 1184 Wrenwood Ct | | $ 1,000.00 | $ 1,000.00 | $ 86.00 | $ 140.00 | $ 325.00 | $ 551.00 | $ 449.00 |
| 394 Oakhill Lane | | $ 1,500.00 | $ 1,500.00 | $ 119.00 | $ 78.00 | $ 125.00 | $ 322.00 | $ 1,178.00 |
| 7546 Branchwood Circle | | $ 3,250.00 | $ 3,250.00 | $ 111.00 | $ - | $ 5,184.00 | $ 5,295.00 | $ (2,045.00) |
| 517 Winding Creek Unit B | $ - | $ 1,300.00 | $ 1,300.00 | $ 93.00 | $ 289.00 | $ 125.00 | $ 507.00 | $ 793.00 |
| 114 WynnCrest | $ 2,086.00 | $ 214.00 | $ 2,300.00 | $ 178.00 | $ 175.00 | $ 1,300.00 | $ 1,653.00 | $ 647.00 |
| 301 Warton Lane Unit 3 | $ 610.00 | $ 740.00 | $ 1,350.00 | $ 92.00 | $ 243.00 | $ 125.00 | $ 460.00 | $ 890.00 |
| | $ 7,040.00 | $ 8,160.00 | $ 15,200.00 | $ 1,458.00 | $ 2,046.00 | $ 12,618.00 | $ 16,122.00 | $ (922.00) |
| | | | | | | | | |
| Plus Cash on Hand | | | | | | | $ 23,291.00 | |
| | | | | | | | | |
| Less United Bank - 3 Loans | | | | | | | $ 8,301.00 | |
| Net Cash | | | | | | | $ 14,990.00 | |
| | | | | | | | | |
| | | | | | | | | |
| 3740 Owen Drive - event center | | | | | | | | |
| | | | | | | | | |