**VAN−124** Order Continuing Hearing − Rev. 08/13/2025

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
McGeachy Holding LLC
***( debtor has no known aliases )***
923 Louise Circle
Fayetteville, NC 28314

TaxID: 85−0503636

CASE NO.: 26−01995−5−JNC

DATE FILED: May 1, 2026

CHAPTER: 11

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE: Thursday, October 22, 2026
TIME: 10:00 AM
PLACE: Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

Confirmation Hearing

and to transact all other business as may properly come before the court.

A certificate of service must be filed by the attorney for the debtor(s) evidencing service on all creditors by the following date: 09/28/2026

DATED: September 23, 2026

Joseph N. Callaway
United States Bankruptcy Judge